UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | EDCV 14-2089 JGB (DTBx) | Date | June 24, 2015 |
|---|---|---|---|
| Title | *Beatrice Ramirez, et al. v. Legal Recovery Law Offices, Inc.* | | |

Present: The Honorable   JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** ORDER TO SHOW CAUSE Why the Case Should Not Be Dismissed for Failure to Prosecute

On December 9, 2014, Defendant Legal Recovery Law Offices, Inc. ("Defendant") moved to dismiss Plaintiffs Kathleen Bicondova and Beatrice Ramirez's ("Plaintiffs") Complaint. (Doc. No. 14.) The Court granted the motion, and, on January 5, 2015, dismissed Plaintiffs' Complaint with leave to amend. ("Order," Doc. No. 17.) The Order explained that Plaintiffs should file an amended complaint by January 30, 2015. (Id. at 7.) Plaintiffs never filed an amended complaint.

Accordingly, the Court ORDERS Plaintiffs TO SHOW CAUSE why the case should not be dismissed for failure to prosecute. Plaintiffs must respond to this order by **July 3, 2015**. Failure to respond will result in dismissal of the case with prejudice. See Thompson v. Housing Auth., 782 F.2d 829, 831 (9th Cir.), cert. denied, 479 U.S. 829 (1986) ("District courts have the inherent power to control their dockets and, '[i]n the exercise of that power they may impose sanctions including, where appropriate . . . dismissal of a case.' ").

**IT IS SO ORDERED.**